707 A.2d 1129

**PENNSYLVANIA STATE LODGE, FRATERNAL ORDER OF POLICE, a Pennsylvania non-profit corporation, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, and DEPARTMENT OF LABOR AND INDUSTRY, Appellee.**

Supreme Court of Pennsylvania.

Feb. 25, 1998.

## ORDER

**PER CURIAM:**

Order of the Commonwealth Court entered April 8, 1997 is AFFIRMED.